1 | CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
3 | Chief, Civil Division

4 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
5 | Telephone: (415) 436-7200
Facsimile: (415) 436-6748
6 | pamela.johann@usdoj.gov

7 | Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SALVADOR ALVAREZ CHAVEZ, | Case No. 3:25-cv-6984-LB |
|---|---|
| Petitioner, | **STIPULATION REGARDING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS; [PROPOSED] ORDER** |
| v. | |
| POLLY KAISER, *et al.*, | The Honorable Laurel Beeler |
| Respondents. | |

On August 19, 2025, Petitioner filed a habeas petition under 28 U.S.C. § 2241. Dkt. No. 1. Later that day, the Court issued an order to show cause why the writ should not be granted. Dkt. No. 3. The Court set a deadline of the following day, August 20, 2025, for Respondents to file their return and a deadline of five days later, August 25, 2025, for Petitioner's traverse. *Id.* at 2. The Court further stated that the parties may adjust the schedule by stipulation.

The parties have conferred and have agreed that Respondents' return shall be filed 30 days after they are served with the Petition and Summons pursuant to Federal Rule of Civil Procedure 4(*i*). Petitioner's traverse shall be filed 14 days after the filing of the return.

IT IS SO STIPULATED.

STIPULATION RE BRIEFING SCHEDULE
3:25-cv-6984-LB                                         1

| | |
|---|---|
| Dated: August 20, 2025 | Respectfully submitted,[1] |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Respondents |
| Dated: August 20, 2025 | LA RAZA CENTRO LEGAL |
| | */s/ Jordan Weiner*<br>JORDAN WEINER |
| | Attorneys for Petitioner |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 24, 2025

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION RE BRIEFING SCHEDULE
3:25-cv-6984-LB                                2