CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6474
    Facsimile: (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR ALVAREZ CHAVEZ, | Case No. 3:25-cv-6984-LB |
| Petitioner-Plaintiff, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR HABEAS PETITION; [PROPOSED] ORDER** |
| v. | |
| SERGIO ALBARRAN1, *et al.*, | The Honorable Laurel Beeler |
| Respondents-Defendants. | |

On August 19, 2025, Petitioner-Plaintiff Salvador Alvarez Chavez ("Petitioner") filed a habeas petition under 28 U.S.C. § 2241. Dkt. No. 1. Petitioner filed an amended petition on September 16, 2025. Dkt. No. 12. Petitioner filed a motion for a temporary restraining order and order to show cause why a preliminary injunction should not issue (the "Motion") on September 19, 2025, and the parties met and conferred and agreed on a briefing schedule for Petitioner's Motion. Dkt. Nos. 15, 14. The Court granted the parties stipulated briefing schedule, which provided that the "parties will propose a briefing schedule for the return and traverse on the Amended Petition following the Court's resolution of the [Motion]." Dkt. No. 16. The Court granted the Petitioner's Motion and preliminary injunction on October 9, 2025.

---

[1] Sergio Albarran is automatically substituted for Polly Kaiser as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

STIPULATION RE BRIEFING SCHEDULE
3:25-cv-6984-LB            1

Dkt. No. 23. The parties have met and conferred regarding a briefing schedule for the return and traverse on the Amended Petition, and subject to the Court's approval, the parties have agreed as follows:

1. Respondents-Defendants ("Respondents") shall file the return on the Amended Petition by Friday, January 23, 2026.

2. Petitioner shall file the traverse on the Amended Petitioner by Monday, February 23, 2026.

IT IS SO STIPULATED.

Respectfully submitted,[2]

Dated: November 18, 2025

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Respondents-Defendants

Dated: November 18, 2025

*/s/ Nicole Alicia Gorney*
NICOLE ALICIA GORNEY

Nicole Alicia Gorney
Vidas
418 B Street
Santa Rosa, CA 95401
(415) 629-1433
Email: ngorney@vidaslegal.org

Attorneys for Petitioner-Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 20, 2025

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.