United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

SALVADOR ALVAREZ CHAVEZ,

Petitioner,

v.

POLLY KAISER, et al.,

Respondents.

Case No. 25-cv-06984-LB

**JUDGMENT**

On September 23, 2026, the court granted the petition for writ of habeas corpus. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the petitioner and against the respondents. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 23, 2026

LAUREL BEELER
United States Magistrate Judge